# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
## Paducah Division

| | |
|---|---|
| TODD WHITLOCK and COLLEEN BOWLINGPlaintiffs,vs.DIXIE TRUCKING COMPANY, LLC and JACKY MADISONDefendants. | Civil Action No. 5:22-CV-104-BJB**Removed from the Commonwealth of Kentucky, 56th Judicial Circuit, Trigg Circuit Court****Case No.: 22-CI-00116** |

## NOTICE OF REMOVAL

Defendants, Dixie Trucking Company, LLC and Jacky Madison (hereinafter "Defendants"), by and through counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby notices removal of the state-court civil action known as *Todd Whitlock et al. vs. Dixie Trucking Company, LLC et al.*, from the Trigg Circuit Court, 56th Judicial Circuit in the Commonwealth of Kentucky, to the United States District Court for the Western District of Kentucky, and in support thereof states as follows:

## PROCEDURAL HISTORY

1. This action is being removed to federal court based on diversity jurisdiction.

2. On or about July 21, 2022, Plaintiffs Todd Whitlock and Colleen Bowling ("Plaintiffs") filed their Complaint in the Trigg Circuit Court, 56th Judicial Circuit in the Commonwealth of Kentucky (the "State Court Action"). A true and correct copy of and Complaint is attached hereto as **Exhibit A**.

3. Upon information and belief, the Complaint was served on Defendants.

4. Defendants have not attempted to remove this case previously.

5. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendants have satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

### VENUE IS PROPER

6. Venue lies with this Court because the State Court Action is pending in the Trigg Circuit Court, 56th Judicial District, in the Commonwealth of Kentucky, which is within this Western District. See 28 U.S.C. §§ 1441 and 1446(a).

### REMOVAL IS TIMELY

7. Upon information and belief, Defendants were served with the Complaint.

8. Plaintiffs stated in Paragraphs 5, 18, and 24 of the Complaint that they have been caused to suffer damages in excess of the jurisdictional limit of the United States District Court for the Western District of Kentucky. Therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely as it was filed within the 30-day deadline of the Defendants being served with the Complaint. See **Exhibit A.**

### NOTICE TO PLAINTIFF AND STATE COURT

9. Concurrently with the filing of this Notice of Removal, Defendants are giving written notice of removal to Plaintiffs (by serving Plaintiff with a copy of this Notice of Removal, together with all exhibits) and by filing a copy of this Notice of Removal with the Clerk of the State Court pursuant to 28 U.S.C. § 1446(d). A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit B**.

### DIVERSITY OF CITIZENSHIP IS ESTABLISHED

10. This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between all properly joined parties

and the amount in controversy exceeds $75,000, exclusive of interest and costs. This case is, therefore, removable under 28 U.S.C. § 1441(a).

11. Plaintiffs are citizens of the State of Arkansas for purposes of determining diversity jurisdiction. See Ex. A, Comp., ¶¶ 1 and 2.

12. Defendant Dixie Trucking Company, LLC. has its main office and is registered in the State of Alabama, and is thus a citizen of Alabama for purposes of determining diversity jurisdiction. *See id.*, ¶ 3.

13. Defendant Jacky is a citizen of the State of Alabama for purposes of determining diversity jurisdiction. *See id.*, ¶ 4.

### THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

14. Plaintiff seeks multiple categories of damages, including economic and non-economic losses, with damages suffered including but not limited to severe bodily injuries, past and future pain, suffering, and mental anguish, inconvenience, and medical and physicians' expenses, lost wages, and permanent impairment of the power to earn income in the future. *See id.*, ¶¶ 7 and 14-17.

15. There is no cap on damages under Ky. Rev. Stat. § 344.450 (providing for recovery of damages).

16. Accordingly, for purposes of removal based on diversity jurisdiction, the amount in controversy in this matter is in excess of $75,000.00, exclusive of interests and costs.

17. Because there is complete diversity of the parties and the amount in controversy exceeds $75,000, Defendants respectfully requests that this action be removed from the Circuit Court for Trigg County, Kentucky, to this Court in accordance with the foregoing statutory provisions.

WHEREFORE, Defendants, by counsel, respectfully removes this action from the Trigg Circuit Court, 56th Judicial Circuit in the Commonwealth of Kentucky to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and requests that this Court retain jurisdiction for all further proceedings in this matter.

Dated: August 10, 2022

                                                Respectfully submitted,

                                                **WARD, HOCKER & THORNTON, PLLC**
                                                Vine Center
                                                333 West Vine Street, Suite 1100
                                                Lexington, Kentucky 40507
                                                Telephone: (859) 422-6000
                                                Fax: (859) 422-6001
                                                jillian.house@whtlaw.com
                                                catie.coldironjoseph@whtlaw.com

                                      By:     */s/ Jillian D. House*
                                                      Jillian D. House
                                                      Catie Coldiron Joseph
                                                      *Counsel for Dixie Trucking*
                                                      *Company, LLC and Jacky Madison*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following via electronic mail:

Ryan Biggerstaff
The Law Offices of Gary C. Johnson, P.S.C.
2265 Executive Drive
P.O. Box 55106
Lexington, Kentucky 40555
rbiggerstaff@garycjohnson.com


All on this the 10th day of August, 2021.

*/s/ Jillian D. House*
JILLIAN D. HOUSE
CATIE COLDIRON JOSEPH