Filed    22-CI-00116    07/21/2022    Stephen Washer, Trigg Circuit Clerk    Exhibit A

| AOC-104  Doc. Code: CCCS | | Case No. _____ |
|---|---|---|
| Rev. 2-21 | | Court __Circuit__ |
| Page 1 of 1 | | |
| Commonwealth of Kentucky | | County __Trigg__ |
| Court of Justice   www.kycourts.gov | **CIVIL CASE COVER SHEET** | Division _____ |

**PLAINTIFF/PETITIONER** OR **IN RE/IN THE INTEREST OF:**

Todd Whitlock; and Colleen Bowling

**DEFENDANT/RESPONDENT,** *if applicable:*

Dixie Trucking Company, LLC; and Jacky Madison

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF** (a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
- ☐ Dissolution/Divorce with Children (DISSOC)
- ☐ Dissolution/Divorce without Children (DISSO)
- ☐ Paternity (PA)
- ☐ Custody (CUSTO)
- ☐ Child Support IV-D (SUPIV)
- ☐ Child Support Private Non IV-D (SUPPRI)
- ☐ URESA/UIFSA (UR)
- ☐ Visitation/Parenting Time (VISIT)
- ☐ Voluntary Termination of Parental Rights (VTPR)
- ☐ Involuntary Termination of Parental Rights (ITPR)
- ☐ Adoption (ADPT)
- ☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
- ☐ Guardianship-Adult (GCADLT)
- ☐ Guardianship-Juvenile (GCJUV)
- ☐ Adult Conservatorship - Trusteeship (CONSVA)
- ☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
- ☐ Probate-Testate (with a will) (PBTEST)
- ☐ Probate-Intestate (without a will) (PBINT)
- ☐ Petition to Dispense with Administration (PBDIS)
- ☐ Name Change (NC)
- ☐ Will Contest (WC)
- ☐ Other: (PBOTH) _____

**TORT (Injury)**
- ☒ Automobile (AUTO)
- ☐ Intentional (INTENT)
- ☐ Malpractice-Medical (MDML)
- ☐ Malpractice-Other (MLOTH)
- ☐ Premises Liability (PREM)
- ☐ Product Liability (PROD)
- ☐ Property Damage (PD)
- ☐ Slander/Libel/Defamation (SLAND)
- ☐ Other: (PIOTH)

**REAL PROPERTY**
- ☐ Property Rights (PR)
- ☐ Condemnation (DOMAIN)
- ☐ Forcible Detainer - Eviction (FD)
- ☐ Forcible Entry (FENTRY)
- ☐ Foreclosure (FCL)
- ☐ Other: (COOTH)

**EMPLOYMENT**
- ☐ Employment-Discrimination (DSCR)
- ☐ Employment-Other (DISPU)

**CONSUMER**
- ☐ Seller Consumer Goods (DEBTG)
- ☐ Seller Consumer Services (DEBTS)
- ☐ Buyer Consumer Goods (BUYERG)
- ☐ Buyer Consumer Services (BUYERS)
- ☐ Credit Card Debt (CREDIT)
- ☐ Fraud (FRAUD)
- ☐ Other: (COOTH)

**APPEALS**
- ☐ Appeal from Administrative Agency (AB)
- ☐ Appeal from District Court (XI)
- ☐ Other: (OTH)

**MISC CIVIL**
- ☐ Habeas Corpus (HABEAS)
- ☐ Non-Domestic Relations Restraining Order (IP)
- ☐ Tax (TAX)
- ☐ Writs (WRITS)
- ☐ Other: (OTH)

**BUSINESS / COMMERCIAL**
- ☐ Business Tort (BCPI)
- ☐ Statutory Action (BCSA)
- ☐ Business Contract Dispute (BCCO)
- ☐ Other: (BCOTH) _____

Filed    22-CI-00116    07/21/2022    Stephen Washer, Trigg Circuit Clerk

Filed        22-CI-00116    07/21/2022    Stephen Washer, Trigg Circuit Clerk

COMMONWEALTH OF KENTUCKY
TRIGG CIRCUIT COURT
DIVISION ___

CIVIL ACTION NO. 22-CI-_____

TODD WHITLOCK;

AND

COLLEEN BOWLING                                                                    PLAINTIFFS

Vs                              COMPLAINT

DIXIE TRUCKING COMPANY, LLC;

    SERVE:    KENTUCKY SECRETARY OF STATE
            FOR PHILLIP S. TIDELL, PROCESS AGENT
            P.O. BOX 1839
            PINSON, ALABAMA 35133

AND

JACKY MADISON                                                                      DEFENDANTS

    SERVE:    KENTUCKY SECRETARY OF STATE
            FOR JACKY MADISON
            106 AVON STREET, APT. 160
            CORDOVA, ALABAMA 35550

*** *** *** *** *** ***

Come now Plaintiffs, Todd Whitlock and Colleen Bowling, by and through counsel, and for their claims and causes of action against the Defendants herein, state as follows:

## JURISDICTION AND VENUE

1. Plaintiff, Todd Whitlock, is and was at all times relevant herein, a resident of Benton County, Arkansas, with an address of 206 East Southern Trace Drive, Rogers Benton, Arkansas 72758.

Filed        22-CI-00116    07/21/2022    Stephen Washer, Trigg Circuit Clerk



2. Plaintiff, Colleen Bowling, is and was at all times relevant herein, a resident of Benton County, Arkansas, with an address of 1206 Southeast East Street, Bentonville, Arkansas 72712.

3. Defendant, Dixie Trucking Company, LLC, is a corporation organized and existing under the laws of the State of Alabama, with a home office address of 20121 Remlap Drive, Remlap, Alabama 35133. Its registered agent is Phillip S. Tidell, P.O. Box 1839, Pinson, Alabama 35126. The Kentucky Secretary of state shall act as the statutory agent for service of process for this Defendant.

4. Defendant, Jacky Madison, is, and was at all times relevant herein, a resident of Walker County, Alabama, with an address of 106 Avon Street, Apartment 160, Cordova, Alabama 35550-1062. The Kentucky Secretary of state shall act as the statutory agent for service of process for this Defendant.

5. All acts complained of herein occurred in Trigg County, Kentucky, and the damages are in excess of the jurisdictional limit of this Court as well as the diversity jurisdictional limit of the United States District Court for the Western District of Kentucky.

## FACTS

6. On or about the 1st day of August 2021, Plaintiff, Todd Whitlock, was operating a 2002 Chevrolet Avalanche with all due care on the public highway known as Interstate 24, in or near Cadiz in Trigg County, Kentucky.

7. On the date and at the place set out above, Defendant, Jacky Madison, was operating a 2022 Kenworth Motor Truck in such a negligent manner so as to directly and

proximately cause a collision with the vehicle occupied by the Plaintiffs, thereby causing severe bodily injuries to the Plaintiffs.

8. The above-described 2022 Kenworth Motor Truck operated by Defendant, Jacky Madison, was owned and maintained by Defendant, Dixie Trucking Company, LLC.

9. At all times relevant herein, Defendant, Jacky Madison, was operating the 2022 Kenworth Motor Truck owned by Defendant, Dixie Trucking Company, LLC, as a permissive user.

10. On the date and at the time of the subject motor vehicle wreck, and at all times relevant herein, Defendant, Jacky Madison, was operating under the course and scope of his employment with Defendant, Dixie Trucking Company, LLC.

11. The actions of Defendant, Dixie Trucking Company, LLC, constitute negligence per se.

12. The actions of Defendant, Jacky Madison, constitute negligence per se.

### COUNT I – NEGLIGENCE: JACKY MADISON

13. Plaintiffs, Todd Whitlock and Colleen Bowling, adopt and reiterate each and every allegation as if set out fully herein and incorporate the same by reference.

14. That as a direct and proximate result of the negligence of Defendant, Jacky Madison, in operating the motor vehicle owned and maintained by Defendant, Dixie Trucking Company, LLC, Plaintiffs, Todd Whitlock and Colleen Bowling, were caused to suffer serious bodily injuries, and because of the serious bodily injuries sustained by the Plaintiff, Plaintiff has been caused to suffer pain, suffering, mental anguish, and inconvenience and will continue to suffer such pain, suffering, mental anguish, and inconvenience in the future.

15. That as a direct and proximate result of the negligence of Defendant, Jacky Madison, in operating the motor vehicle owned and maintained by Defendant, Dixie Trucking Company, LLC, Plaintiffs, Todd Whitlock and Colleen Bowling, have incurred, and will incur in the future, medical expenses and physicians' expenses.

16. That as a direct and proximate result of the negligence of Defendant, Jacky Madison, in operating the motor vehicle owned and maintained by Defendant, Dixie Trucking Company, LLC, Plaintiffs, Todd Whitlock and Colleen Bowling, have incurred lost wages.

17. That as a direct and proximate result of the negligence of Defendant, Jacky Madison, in operating the motor vehicle owned and maintained by Defendant, Dixie Trucking Company, LLC, Plaintiffs, Todd Whitlock and Colleen Bowling, have sustained a permanent impairment to his capacity to earn income in the future.

18. That as a direct and proximate result of the negligence of the Defendant, Jacky Madison, in operating the motor vehicle owned and maintained by Defendant, Dixie Trucking Company, LLC, Plaintiffs, Todd Whitlock and Colleen Bowling, have been caused to suffer damages in excess of the jurisdictional limits of this Court and the United States District Court for the Western District of Kentucky.

### COUNT II – NEGLIGENCE PER SE: JACKY MADISON

19. Plaintiffs, Todd Whitlock and Colleen Bowling, adopt and reiterate each and every allegation as if set out fully herein and incorporate the same by reference.

20. That the actions of Defendant, Jacky Madison, as set forth above, constitute negligence per se, and Defendant is liable to Plaintiffs, Todd Whitlock and Colleen Bowling, for all damages as set forth herein and that flow from said negligence per se.

### COUNT III – VICARIOUS LIABILITY: JACKY MADISON AND DIXIE TRUCKING COMPANY, LLC

Filed        22-CI-00116     07/21/2022        Stephen Washer, Trigg Circuit Clerk

21. Plaintiffs, Todd Whitlock and Colleen Bowling, adopt and reiterate each and every allegation as if set out fully herein and incorporate the same by reference.

22. Based upon information and belief, Plaintiffs, Todd Whitlock and Colleen Bowling, allege that Defendant, Jacky Madison, at the time of incident complained of herein, was an employee, agent, servant, and/or representative of Defendant, Dixie Trucking Company, LLC, and on the date and at the time of the incident complained of herein, Defendant, Jacky Madison, was acting within the scope and course of his employment or agency and/or as a representative of Defendant, Dixie Trucking Company, LLC.

23. Based upon the employee-employer, master-servant, agency, and/or representative relationship which existed between Defendant, Jacky Madison, and Defendant, Dixie Trucking Company, LLC, at the time of the incident complained of herein, these Defendants are jointly and severally liable for the negligence of Defendant, Jacky Madison.

24. That as a direct and proximate result of the negligence of Defendant, Jacky Madison, in operating the motor vehicle owned and maintained by Defendant, Dixie Trucking Company, LLC, Plaintiffs, Todd Whitlock and Colleen Bowling, has been caused to suffer damages in excess of the jurisdictional limit of this Court and the United States District Court for the Western District of Kentucky.

### COUNT IV – NEGLIGENCE PER SE: DIXIE TRUCKING COMPANY, LLC

25. Plaintiffs, Todd Whitlock and Colleen Bowling, adopt and reiterate each and every allegation as if set out fully herein and incorporate the same by reference.

26. That the actions of Defendant, Dixie Trucking Company, LLC, as set forth above, constitute negligence per se, and this Defendant is liable to Plaintiffs, Todd Whitlock and Colleen Bowling, for all damages as set forth herein and that flow from said negligence per se.

Filed        22-CI-00116     07/21/2022        Stephen Washer, Trigg Circuit Clerk



WHEREFORE, Plaintiffs, Todd Whitlock and Colleen Bowling, respectfully demand as follows:

1. That the Clerk of this Court issue Summons to Defendant, Dixie Trucking Company, LLC, by and through its registered agent, Phillip S. Tidell, P.O. Box 1839, Pinson, Alabama 35126, and direct a copy thereof, along with a copy of this Complaint, to the Kentucky Secretary of State as statutory agent for service of process for this Defendant.

2. That the Clerk of this Court issue Summons for Defendant, Jacky Madison, 106 Avon Street, Apartment 160, Cordova, Alabama 35550, and direct a copy thereof, along with a copy of this Complaint, to the Kentucky Secretary of State as statutory agent for service of process for this Defendant.

3. Judgment against the Defendants, Dixie Trucking Company, LLC, and Jacky Madison, jointly and severally, in favor of Plaintiff, Colleen Bowling, in an amount in excess of the jurisdictional limits of this Court, said amount to be that which is determined as being fair and reasonable by all the evidence, for the following elements of damage:

    (a) past mental and physical pain, suffering, and inconvenience;

    (b) future mental and physical pain, suffering, and inconvenience;

    (c) future medical expenses, past medical expenses, and lost wages, to the extent that these elements of damages are not paid or payable to the Plaintiff by her own insurance carrier pursuant to the provisions of KRS Chapter 304;

    (d) permanent impairment of the capacity to earn income in the future; and

    (e) miscellaneous expenses incurred by the Plaintiff, including, but not limited to, travel expenses, necessitated by the negligent acts of the Defendant.

4. Judgment against the Defendants, Dixie Trucking Company, LLC, and Jacky Madison, jointly and severally, in favor of Plaintiff, Todd Whitlock, in an amount in excess of the jurisdictional limits of this Court, said amount to be that which is determined as being fair and reasonable by all the evidence, for the following elements of damage:

    (a) past mental and physical pain, suffering, and inconvenience;

    (b) future mental and physical pain, suffering, and inconvenience;

    (c) future medical expenses, past medical expenses, and lost wages, to the extent that these elements of damages are not paid or payable to the Plaintiff by his own insurance carrier pursuant to the provisions of KRS Chapter 304;

    (d) permanent impairment of the capacity to earn income in the future; and

    (e) miscellaneous expenses incurred by the Plaintiff, including, but not limited to, travel expenses, necessitated by the negligent acts of the Defendant.

5. Pre-judgment and post-judgment interest.

6. Trial by jury.

7. The Plaintiffs' costs expended herein.

8. Any and all other relief to which the Plaintiffs may be entitled.

    RYAN BIGGERSTAFF
    THE LAW OFFICES OF GARY C. JOHNSON, P.S.C.
    2265 EXECUTIVE DRIVE
    POST OFFICE BOX 55106
    LEXINGTON, KENTUCKY 40555
    TELEPHONE: (859) 268-4300
    FACSIMILE: (859) 268-7318
    RBIGGERSTAFF@GARYCJOHNSON.COM

    BY: _____
          RYAN BIGGERSTAFF

