### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### Paducah Division

| | |
|---|---|
| TODD WHITLOCK and COLLEEN BOWLING<br><br>Plaintiffs,<br><br>vs.<br><br>DIXIE TRUCKING COMPANY, LLC and JACKY MADISON<br><br>Defendants. | Civil Action No. 5:22-CV-00104-LLK |

**AGREED ORDER OF DISMISSAL**

By agreement of the parties, by and through their respective counsel, and this Court being otherwise sufficiently advised; it is hereby ORDERED and ADJUDGED that all claims of the Plaintiffs, Todd Whitlock and Colleen Bowling, against the Defendants, Dixie Trucking Company, LLC and Jacky Madison, are hereby DISMISSED with PREJUDICE as SETTLED and with each party to bear their own costs.

So ORDERED this the 10th day of August, 2023.

August 10, 2023

**Lanny King, Magistrate Judge**
**United States District Court**

**HAVE SEEN AND AGREED:**

*/s/ Ryan Biggerstaff  (signed with permission)*
Ryan Biggerstaff
*Counsel for Plaintiffs*

*/s/ Jillian D. House*
Jillian D. House
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon the following via electronic mail:

Ryan Biggerstaff  
The Law Offices of Gary C. Johnson, P.S.C.  
2265 Executive Drive  
P.O. Box 55106  
Lexington, Kentucky 40555  
rbiggerstaff@garycjohnson.com

Jillian D. House  
Ward, Hocker & Thornton, PLLC  
333 W. Vine Street, Ste. 1100  
Lexington, Kentucky 40507  
Jillian.house@whtlaw.com